NO. 07-02-0402-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



OCTOBER 29, 2002



______________________________




SHAWN RAY BOB, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;



NO. 44,072-B; HONORABLE JOHN BOARD, JUDGE



_______________________________



Before REAVIS AND JOHNSON, J.J., and BOYD, S.J. (1)

 Appellant Shawn Ray Bob filed a Motion to Dismiss Appeal on October 18, 2002,
averring that he no longer wishes to prosecute his appeal.

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed 


the appeal at appellant's personal request, no motion for rehearing will be entertained and
our mandate will issue forthwith. 



 Phil Johnson

 Justice















Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment. 



rruled.

 Accordingly, the judgment of the trial court is affirmed.

 Per Curiam

Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.
2. Tex. R. App. P. 47.4.